| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Urbanski, Michael F. | 2. Court or Organization<br><br>Virginia - Western District | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>210 Franklin Road, SW<br>Roanoke, VA 24011-2208 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▮▮▮▮▮▮▮▮ . - part-time (wages) |
| 2. | 2018 | Gardener - self-employed (occasional) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | Jan. 8-11, 2018 | Charlottesville, VA | National Trial Advocacy College (teaching/mock trial judging) | Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (cash) | A | Interest | M | T | | | | | |
| 2. Parkway Acquisition Corp. PKKW:US - Common Stock | A | Dividend | K | T | | | | | |
| 3. MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 4. Brighthouse Financial BHFC (Y) | | | | | | | | | |
| 5. Real Estate/ Carroll Co., VA | | None | L | S | | | | | |
| 6. Northwestern Mutual - Ordinary Life | B | Dividend | K | T | | | | | |
| 7. Northwestern Mutual - Custom CompLife | B | Dividend | L | T | | | | | |
| 8. Northwestern Mutual - Term to Age 65 | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual - 90 Life | B | Dividend | K | T | | | | | |
| 10. AXA Group IRA Equivest 100 Series (variable annuity) (H) | | | | | | | | | |
| 11. AXA Equitable IRA/Multimanager Aggressive Equity Fund | | None | J | T | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. USAA Subscriber's Account (cash) (Y) | | | | | | | | | |
| 14. USAA Life Ins. Co. Annuity (fixed) #1 | C | Interest | | | Matured | 07/31/18 | N | | |
| 15. USAA Life Ins. Co. Annuity (fixed) #2 | A | Interest | J | T | | | | | |
| 16. USAA Life Ins. Co. Annuity (fixed) #3 | A | Interest | K | T | | | | | |
| 17. USAA Life Ins. Co. Annuity (fixed) #4 | | None | N | T | Buy | 07/31/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ist Advantage Federal Credit Union (cash) | A | Dividend | J | T | | | | | |
| 19. American General Life Insurance - Whole Life | A | Dividend | J | T | | | | | |
| 20. Wells Fargo Advisors Cash Account (cash) (Y) | | | | | | | | | |
| 21. Invesco High Yield Muni. Fd CL Y (ACTDX) | A | Dividend | J | T | Sold (part) | 03/29/18 | J | A | |
| 22. API Funds, Yorktown Multi-Asset Income Fund (APIIX) | A | Dividend | K | T | | | | | |
| 23. Delaware Grp Global & Intl Funds Emerging Markets Fd. (DEMIX) | A | Dividend | K | T | Sold (part) | 06/26/18 | J | B | |
| 24. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 25. Federated Equity Funds, Strategic Value Divid. Fd. Instl (SVAIX) | C | Dividend | K | T | | | | | |
| 26. Janus Invt Fd. Henderson Global Equity Income CL I (HFQIX) | B | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 27. | | | | | Sold (part) | 09/25/18 | J | | |
| 28. Legg Mason Clrbrdg Agg Growth 1 (SAGYX) | D | Dividend | K | T | | | | | |
| 29. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | Sold (part) | 01/02/18 | J | | |
| 30. | | | | | Sold (part) | 09/25/18 | J | | |
| 31. Touchstone Mid Cap Inst. (TMCPX) | A | Dividend | K | T | Sold (part) | 09/25/18 | J | B | |
| 32. Undiscovered Mgrs Behavioral Value I (UBVLX) | C | Dividend | K | T | | | | | |
| 33. CUNA Single Premium Immediate Income Annuity (fixed) | | None | M | T | Buy | 11/27/18 | M | | |
| 34. Trust #1 - CUNA Mutual Members Variable Annuity (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ultra Series Fund Large Cap Growth | | None | | | Matured | 11/27/18 | J | | |
| 36. Ultra Series Fund Large Cap Value | | None | | | Matured | 11/27/18 | J | | |
| 37. Ultra Series Fund Diversified Income | | None | | | Matured | 11/27/18 | J | | |
| 38. Vanguard VIF Money Market | | None | | | Matured | 11/27/18 | K | | |
| 39. CUNA 1-Year Guaranteed Return | C | Interest | | | Matured | 11/27/18 | M | | |
| 40. CUNA 7-Year Guaranteed Return | B | Interest | | | Matured | 11/27/18 | K | | |
| 41. Ultra Series Fund Mid Cap | | None | | | Matured | 11/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: One-half interest in real estate in Carroll County, Virginia. The assessed value of the entire parcel is $163,300.

Part VII, lines 6-9: Whole life policies.

Part VII, line 8: This policy includes a cash value.

Part VII, lines 17 and 33: These items do not generate reportable income as defined on page 41 of the filing instructions.

Part VII, lines 22, 23, 25, 28, and 32: Name changes; see 2017, lines 21, 23, 25, 31, and 39, respectively.

Part VII, lines 34-41: Income on the assests held in the CUNA Mutual Members Variable Annuity (apart from the fixed portion at lines 39 and 40) is not reported by CUNA Mutual.

In accordance with page 45 of the filing instructions, fixed amounts received from individually owned annuity contracts are no longer reported as transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544